United States District Court
Southern District of Texas
**ENTERED**
February 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TODD SCOTT,<br>    Plaintiff,<br><br>v.<br><br>NATIONAL ACCOUNT SERVICES GROUP, LLC,<br>DNF ASSOCIATES LLC, and<br>TRAVELERS CASUALTY AND SURETY COMPANY<br>OF AMERICA,<br>    Defendants. | Case No.:   4:16-cv-2055 |

## ORDER DISMISSING CASE WITH PREJUDICE

**After considering Plaintiff's** Unopposed Motion to Dismiss With Prejudice, the Court is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Todd Scott against National Account Services Group, LLC, DNF Associates LLC and Travelers Casualty and Surety Company of America are dismissed WITH PREJUDICE.

February 23, 2017
Date

Melinda Harmon
U.S. District Judge